# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

|  |  |  |
|---|---|---|
| MOHMMAMID MANIK, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 4:21-cv-00818-CLM-GMB |
| MERRICK GARLAND, | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

On August 2, 2021, the magistrate judge entered a report and recommendation that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot based on the petitioner's July 29, 2021, removal from the United States to his native Bangladesh.  (Doc. 7).  The copy of the report and recommendation served on the petitioner at his address of record as been returned to the court as undeliverable.  (Doc. 9).

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  The court finds that the writ of habeas corpus is due to be **DISMISSED AS MOOT**.

The court will enter a separate Final Order.

**DONE** on August 25, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE